# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

THEOSHAMOND NORMAN (#407759)                    CIVIL ACTION

VERSUS

                                                17-254-BAJ-RLB

BURL CAIN, ET AL.

## ORDER

This matter comes before the Court on **Petitioner's Motion for Issuance of a Certificate of Probable Cause for Appeal (Doc. 11)**, which the Court interprets as a request for issuance of a certificate of appealability. On June 5, 2017, this Court issued an Order dismissing the petitioner's Petition for Writ of Habeas Corpus as successive. *See* (Doc. 6).

A certificate of appealability may issue only if a habeas petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). In cases where the Court has rejected a petitioner's constitutional claims on procedural grounds, a petitioner must demonstrate that "jurists of reason would find it debatable whether the petition states a valid claim of a denial of constitutional right *and* that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Ruiz v. Quarterman*, 460 F.3d 638, 642 (5th Cir. 2006) (emphasis in original). In the instant case, the Court finds that reasonable jurists would not debate the denial of Petitioner's application or the correctness of the procedural ruling. Accordingly,

**IT IS ORDERED** that Petitioner's Motion (Doc. 11) is **DENIED**.

Baton Rouge, Louisiana, this 10th day of April, 2018.

**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**